# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| In re: Michael Corey Murks | ) | Case No.: 17-83230-CRJ-7 |
| SSN: xxx-xx-7914 | ) | |
| | ) | |
| Debtor. | ) | Chapter 7 |

## ORDER ON TRUSTEE'S APPLICATION TO EMPLOY
## SPARKMAN, SHEPARD & MORRIS, P.C. *NUNC PRO TUNC*

This matter came before the Court for hearing upon the Trustee's Application to Employ Sparkman, Shepard & Morris, P.C. as attorney *Nunc Pro Tunc* (Doc. 31). After proper notice, a hearing was held on June 6, 2018, whereupon Kevin M. Morris appeared on behalf of the Trustee, Damon Q. Smith appeared on behalf of the Debtor, and Richard M. Blythe appeared on behalf of the Bankruptcy Administrator.

Upon consideration of the pleadings and the recommendation of the Bankruptcy Administrator, by the Court it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the Trustee's Application to Employ Sparkman, Shepard & Morris, P.C. as attorney for the Trustee is hereby APPROVED *Nunc Pro Tunc* with an effective date of May 9, 2018.

Dated this the 8th day of June, 2018.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge

Prepared by:
Kevin M. Morris
Attorney for Trustee