IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In re: Michael Corey Murks ) | Case No.: 17-83230-CRJ-7 |
| SSN: xxx-xx-7914 ) | |
| ) | |
| Debtor. ) | Chapter 7 |

## STATUS REPORT

COMES NOW the Trustee, Tazewell T. Shepard, and notifies the Court of the status of his liquidation of assets and distribution in the above-styled Chapter 7 case. Debtor has an interest in two pieces of real property he did not disclose on his schedules. Debtor owns one-half (1/2) interest in 13 acres of raw land with his brother and owns one-third (1/3) interest in residential property with his father and brother. The Trustee is still investigating the value of Debtor's potential equity in both pieces of property. The Trustee is also investigating the possibility of a cause of action against the Debtor for failure to disclose the assets. The Trustee will advise the court on the status of this case in the next 90 days.

Respectfully submitted this the 11th day of January, 2022.

*/s/ Tazewell T. Shepard*
Tazewell T. Shepard
*Trustee in Bankruptcy*

**SPARKMAN, SHEPARD & MORRIS, P.C.**
P.O. Box 19045
Huntsville, Alabama 35804
Tel: (256) 512-9924
Fax: (256) 512-9837

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing document upon Richard M. Blythe, Office of the Bankruptcy Administrator, P.O. Box 3045, Decatur, AL 35602, by electronic service through the Court's CM/ECF system and/or by placing a copy of same in the United States Mail, postage prepaid this the 11th day of January, 2022.

*/s/ Tazewell T. Shepard*
Tazewell T. Shepard